## UNITED STATES of America, Plaintiff–Appellee,

v.

## Dora Alicia MARTINEZ–CANTU, Defendant–Appellant.

No. 03–50177.
Summary Calendar

United States Court of Appeals,
Fifth Circuit.

Feb. 4, 2004.

---

Joseph H. Gay, Jr., Assistant US Attorney, US Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Dora Alicia Martinez–Cantu, pro se, Seattle, WA, for Defendant–Appellant.

Before JONES, BENAVIDES, and CLEMENT, Circuit Judges.

PER CURIAM.*

The Federal Public Defender appointed to represent Dora Alicia Martinez–Cantu ("Martinez") has moved for leave to withdraw and has filed a brief as required by *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Martinez has received a copy of counsel's motion and brief, but she has not filed a response. Based on our review of the brief filed by counsel and of the record, we conclude that there are no nonfrivolous issues for appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.